## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JOHN DANIEL SMITH,

    Plaintiff,

v.                                                           2:24-cv-776-JLB-NPM

ASHLEY KNIPE, ET AL,

    Defendants.

---

### SHOW CAUSE ORDER

    In this case, an in-person status conference was held in the Fort Myers, Florida Federal Courthouse, Courtroom 5-C, on December 4, 2024, at 1:30 PM. Plaintiff John Smith failed to appear. By December 27, 2024, Smith must show cause why he should not be sanctioned for failing to appear at the status conference. These sanctions may include reimbursement to all defendants' counsel who attended for their time.

                                              ORDERED on December 4, 2024.

                                              NICHOLAS P. MIZELL
                                              United States Magistrate Judge