**ADDENDUM #1:**

**Plaintiff's Registered Copyright TX-0009186848**



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = family fraud
Search Results: Displaying 1 of 1 entries



**Labeled View**

### *FAMILY FRAUD.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009186848 / 2022-09-01 |
| **Application Title:** | FAMILY FRAUD. |
| **Title:** | FAMILY FRAUD. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | John Smith. Address: 524 W. Winter Park St., Orlando, FL, 32804. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-08-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | John Daniel Smith, 1968- ; Domicile: United States; Citizenship: United States. Authorship: text, artwork, photograph(s) |
| **Pre-existing Material:** | text, artwork and photograph(s) from other sources; U.S. government works and government edicts. |
| **Basis of Claim:** | text, artwork, photograph(s) |
| **Rights and Permissions:** | John Daniel Smith, (407) 423-5959, (407) 719-6988, floridafamilyfraud@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Smith, John Daniel, 1968-<br>Smith, John |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▾    Format for Print/Save |
| Enter your email address: [                    ]    Email |

**ADDENDUM #2:**

**Defendants copies of Plaintiff's Copyrighted 350 page
E-Book excerpt, pages 1—7**

How to Steal $30 Million, Screw the IRS and Cheat Your Family!



## <u>Family Fraud Statistics</u> (number of mentions)

| | |
|---|---|
| Mary F. Smith "mistake" of stealing $1.557 Million: | 1 |
| Bernie Madoff: | 1 |
| Baby Kenny Kemp: | 1 |
| Dad's Pennies: | 1 |
| Attorney Bruce Green's Lies: | 4 |
| Accountant Steve Brettholtz: | 7 |
| Mary F. Smith Lies to the Lee County Circuit Court: | 12 |
| Dishonest Florida Attorney Bruce Green: | 18 |
| Dishonest Florida Attorney Chris Marsala: | 19 |
| Dishonest Florida Attorney T. Brandon Mace: | 20 |
| Screw the IRS: | 21 |
| Incompetent Accountant Randall Wright: | 27 |
| $30 Million Estate: | 29 |
| The phrase "incompetent accountant/accountants": | 39 |
| Dishonest Attorney Kenny Kemp's Lies to Lee Circuit Court: | 40 |
| $8,033,511 Estate: | 46 |
| Lee County Magistrate Kimberly Bocelli: | 49 |
| How to Lie in Lee County, Florida Circuit Court: | 52 |
| The word "dishonest": | 55 |
| Lee County Judge Alane C. Laboda: | 59 |
| Songs on Authors Playlist whilst writing these 50,460 words | 60 |
| Defamation witnesses against Author by Attorney Kenny Kemp | 63 |
| Incompetent Accountant Kimberly Probe: | 66 |
| The word "lies": | 102 |
| Dishonest Florida Attorney Kenny Kemp: (1 a day for 1 year) | 360 |

## <u>John D. Smith, Sr. Estate Facts</u>

| | |
|---|---|
| John D. Smith, Sr. MFS Stated Estate Value: | $30 Million |
| 706 Estate Tax Return stated value: | $8,033,511 |
| Difference between True & Stated Estate: | $21,966,489 |
| 2013 Estate Tax Exemption: | ($ 5,250,000) |
| Net Taxable John D. Smith, Sr. Estate: | $24,750,000 |
| Federal Estate Tax Bracket on $24.75 Million: | 40% |
| Federal Estate Tax Due for honorable taxpayer: | $9.9 Million |
| Federal Estate Tax Paid by Mary F. Smith: | $0.00 |

KENNETH KEMP et al                    Case No. 21-CA-2959
vs.
PLTF EXH #20

**How to Steal $30 Million, Screw the IRS and Cheat Your Family!**

Thank you for buying **FAMILY FRAUD!** My book has been a labor of love to honor my Dad, financial fraud victim, John D. Smith. Dad died on August 21, 2013 of Liver Cancer at 72.

  

The kindle version has many clickable links. These are denoted by blue underline, such as on the Table of Contents on Page 15. Hold the "Control" key and click the link and it will take you there. The QR code below will take you to www.familyfraud.net.

The profits are being donated to the Lee County Sheriff's Economic Crimes Unit. **FAMILY FRAUD** victim John D. Smith, Sr. lived in Lee County, Florida at the time of his death.

With my dachshund Lucas by my side, I spent hundreds of hours writing it, from Monday, July 4, 2022 to Sunday, August 21, 2022, the 9 year anniversary of my Dad's death. I sincerely hope you learn from my pain. I pray my experiences will give you guidance and help you. When finished, please post a review on Amazon. Your review of **FAMILY FRAUD** will be appreciated!

If you want to purchase books in bulk or hire me to speak about **FAMILY FRAUD** at your corporate event, school or public gathering, my email is at the top of Page 6. Thank you!

Author John D. Smith, Jr.
Sunday, August 21, 2022



KENNETH KEMP et al   Case No. 21-ca-295

vs.

1

**How to Steal $30 Million, Screw the IRS and Cheat Your Family!**

## MY WAY
### by Frank Sinatra

And now the end is here
And so I face that final curtain
My friend I'll make it clear
I'll state my case, of which I'm certain
I've lived a life that's full
I traveled each and every highway
And more, much more
I did it, I did it my way

Regrets, I've had a few
But then again too few to mention
I did what I had to do
I saw it through without exemption
I planned each charted course
Each careful step along the byway
And more, much, much more
I did it, I did it my way

Yes, there were times I'm sure you knew
When I bit off more than I could chew
But through it all, when there was doubt
I ate it up and spit it out
I faced it all and I stood tall and did it my way

For what is a man, what has he got?
If not himself then he has naught
Not to say the things that he truly feels
And not the words of someone who kneels
Let the record shows I took all the blows and did it my way

Words by Paul Anka
Music by Claude Francois & Jacques Revaus ("Comme d'habitude")

## "My Way" by Frank Sinatra was Dad's Favorite Song

KENNETH KEMP et al    Case No. 21-ca-2959

2    vs.

How to Steal $30 Million, Screw the IRS and Cheat Your Family!

# FAMILY FRAUD began with a Forged signature.

This is Dad's signature on his December 14, 1998 Trust. His 1998 Trust named First National Bank of Chicago Trustee and divided his $30 Million Estate: half went to his wife and the remaining half split equally between his 5 adult children.

This scrawled signature was made on a Will dated August 5, 2013, 16 days before his death 8/21/13.

This "signature" was made on an "Amended" August 5, 2013 Trust when Dad was "not making sense." The "Amended" Trust was then destroyed to hide the Forgery.

The up-slant and gaps in the writing lines are "writing transfer," which is made by scanning a signature and copying it into a document. **Welcome to FAMILY FRAUD!** The idea that Dad waited until he was "not making any sense" according to mother, and "not lucid" according to sister Karen to change his 1998 Trust, and did so without a lawyer of his choosing or his First National Bank of Chicago Trustee present is wrong.

This book is a labor of love in the memory of financial fraud victim **John D. Smith, Sr.** All rights reserved. No names have been changed to protect the guilty, particularly the dishonest attorneys and incompetent accountants referenced by name.

KENNETH KEMP et al    Case No. 21-ca-2959

vs.

3

How to Steal $30 Million, Screw the IRS and Cheat Your Family!

## About The Cover



l-r: Author, Dad, mother, 4 sisters (KC, Karen, Jenny, Kristin) & Uncle Dick

On pages 235-236, I described a Disney Cruise that Dad organized for August 15--19, 2013. It was his dying gift to the extended family. Dad paid over $100,000 treating the extended family--myself, 4 sisters, spouses and kids--for 1 week at Walt Disney World in Orlando, followed by a 4 day cruise on Disney's Dream ship out of Port Canaveral.

The last night of the cruise, there was a group photo with Mickey Mouse. The original photo shown below featured 3 of my sisters' spouses and their 6 kids. I thought this photo showed the contrast of happiness of mom and my 4 sisters, against the sadness on my Dad's face, since this was a week after his $30 Million Estate was stolen from him. My 3 sisters' spouses and 6 kids had nothing to do with mother and my 4 sisters' **FAMILY FRAUD**, so I deleted them from the Cover. Here is the original order:



KENNETH KEMP et al    Case No. 21-ca-29

vs.

4

How to Steal $30 Million, Screw the IRS and Cheat Your Family!

# FOREWORD

## Fraud in the Family
## AARP Magazine
February 1, 2018
By Gary Weiss



When you think of the villains who defraud older people, you might picture crooks hacking into bank accounts or selling bogus stocks. The real scoundrels might be sitting at your next family gathering, looking as innocent as folks in a Norman Rockwell painting. Roughly 6 out of 10 cases of elder financial abuse are committed by relatives, according to a large-scale 2014 study.

Even scarier: The closer the tie between perpetrator and victim, the greater the damage. A detailed study of elder financial abuse in Utah found that the thieves who stole the most money — $262,000, on average — were the victims' children. Maybe you thought such thefts occurred only among the rich and famous — think of Brooke Astor, the New York heiress whose son was convicted of swindling her. But elder-abuse experts say this crime infects a wide range of households. You just don't hear about it.

Only 1 in 44 cases of elder financial abuse get reported, estimates the National Adult Protective Services Association. Why? Victims are embarrassed. Families don't want to air conflicts. People doubt money will be recovered. They also fear the perpetrator.

Financial elder abuse is a crime. It's theft. Peter A. Lichtenberg, director of the Institute of Gerontology at Wayne State University in Detroit, says that elder-abuse cases rely on forensic examination of financial records more than they do on witness testimony. *"This is the easiest crime to commit,"* says Karen Sundstrom, who works for the Lexington County, South Carolina, Aging Society.

KENNETH KEMP et al    Case No. 21-ca-295

vs.

5

How to Steal $30 Million, Screw the IRS and Cheat Your Family!

# Author Contact Info:
## John D. Smith, Jr.
<u>floridafamilyfraud@gmail.com</u>

# Front, Spine & Back Cover Designs By:
## John D. Smith, Jr.

First Printing—September of 2022

Copyright © 2022 by John D. Smith.  All rights reserved.
Printed in the United States of America.  Except as
permitted under the United States Copyright Act of 1976,
no part of this publication may be reproduced or
distributed in any form or by any means, or stored in a
data base or retrieval system, without the prior written
permission of the copyright holder.

Language: English
ISBN-13: 979-8-218-06105-0
Kindle & ebook formats: 350 pages
Product Dimensions: 5.5" wide x 8.5" long x 1" thick

Forgery 83101 Publications
7901 4th Street N.  Suite #300
St. Petersburg, FL 33702

KENNETH KEMP et al    Case No. 21-ca-2959

6    vs.

# ADDENDUM #3:

## Defendants acknowledgment of no damages in Case 21-CA-2959 on March 9, 2023

Filing # 168422943 E-Filed 03/09/2023 04:28:16 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                                    CIVIL ACTION

KENNETH EDWARD KEMP II,
ELIZABETH CLAIRE BENTLEY, and
PATRONE, KEMP & BENTLEY, P.A.,

            Plaintiffs,                              CASE NO. 21-CA-2959

v.

JOHN D. SMITH, and
KEDDO ENTERPRISES, LLC d/b/a
STORM STOPPERS,

            Defendants.
_____/

## ORDER DENYING DEFENDANTS'
## MOTION TO COMPEL

        THIS CAUSE having before the Court for hearing on Monday, February 27, 2023, on

Defendants' Motion to Compel filed November 10, 2022 (hereinafter referred to as "Defendants'

Motion") in the above-styled cause and the Court having reviewed the pleadings and being

otherwise fully advised in the premises, does hereby

        ORDER AND ADJUDGE that:

        1.      Based on Plaintiffs' representations that they do not intend on presenting evidence

of compensatory damages, Defendants' Motion is hereby DENIED; and

        2.      Defendants, JOHN D. SMITH and KEDDO ENTERPRISES, LLC d/b/a STORM

STOPPERS, are granted leave to amend category number four (4) of their Request for Production

which reads: "Any and all documents evidencing the legal fee income you have derived from your

representation of Plaintiffs' from January 1, 2013 to the present."

        **DONE AND ORDERED** in Chambers at Lee County, Florida

                                                                Signed by James Shenko 03/09/2023 16:28:10 TNsRuThH

1

eFiled Lee County Clerk of Courts Page 1

**ADDENDUM #4:**

**Magistrate Leslie Hoffman-Price 9-26-2023 ORDER**

Case 2:24-cv-00776-JLB-NPM    Document 122-1    Filed 02/18/25    Page 15 of 39 PageID
1414
Case 6:23-cv-01718-JSS-LHP    Document 8    Filed 09/26/23    Page 1 of 2 PageID 302

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DANIEL SMITH,

       Plaintiff,

v.                                Case No:  6:23-cv-1718-WWB-LHP

ASHER KNIPE, KENNETH KEMP,
TIMOTHY MACE, ELIZABETH
BENTLEY, JAMES SHENKO and
DAVID LEMSON,

       Defendants

---

### ORDER AND DIRECTION TO THE CLERK

This cause came on for consideration without oral argument on the following

motion filed herein:

> **MOTION:** **MOTION FOR LEAVE TO FILE UNDER SEAL (Doc. No. 6)**
>
> **FILED:** **September 25, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**.

Plaintiff, proceeding *pro se*, has filed a motion to proceed *in forma pauperis*

(Doc. No. 3) which appears to contain the full financial account number for one of

Plaintiff's bank accounts, in addition to a copy of Plaintiff's driver's license, which

Case 2:24-cv-00776-JLB-NPM    Document 122-1    Filed 02/18/25    Page 16 of 39 PageID
1415
Case 6:23-cv-01718-JSS-LHP    Document 8    Filed 09/26/23    Page 2 of 2 PageID 303

*This is a lie + false evidence, in violation of Canon 2A!*

provides Plaintiff's social security number. *Id.*, at 9, 12.    Pursuant to Federal Rule

of Civil Procedure 5.2, only the last four digits of a social security number and/or

financial-account number may be included in a filing.    Fed. R. Civ. P. 5.2(a)(1), (4).

*See also* M.D. Fla. Administrative Procedures for Electronic Filing, § (I)(H) (2022).

Accordingly, the motion (Doc. No. 6) is **DENIED AS MOOT**. Plaintiff's

motion to proceed *in forma pauperis* (Doc. No. 3) is **ORDERED STRICKEN** and the

Clerk of Court is **DIRECTED** to remove the motion (Doc. No. 3) from the docket.

Plaintiff may file a renewed motion to proceed *in forma pauperis* that is compliant

with the Federal Rules of Civil Procedure and does not include such personal

identifying information.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2023.

**LESLIE HOFFMAN PRICE**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -

# ADDENDUM #5:

## Plaintiff's timely-filed 12-24-2024 Response to Show Cause

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Orlando Division Case No. 6:23-cv-1718-JSS-LHP

### Fort Myers Division Case No. 2:24-cv-776

JOHN DANIEL SMITH,        Plaintiff,

v.

Knipe et al, *Defendants*

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER 12-4-2024

1. On December 11, 2024 Plaintiff logged into PACER to check the status of the case. Since filing his appeal with the 11th DCA regarding the failure of the Trial Court to follow the 9 Criteria in Section 1404(a) of Title 28 before ordering a venue change (notably detailed in *Convergys v. Manuel*), Plaintiff hadn't received any updates by mail from the U.S. District Court regarding his Copyright Infringement action against these 8 Defendants.

2. Plaintiff has been solely noticed of Case Developments from the U.S. District Court via their correspondence in U.S. Mail. Correspondence from the Court is sent with no tracking, not certified, not return receipt, only with first-class metered postage. Without this tracking, when mail does not arrive there is no way to verify it was even sent.

3. The Court's procedure of sending U.S Mail to Pro Se Plaintiff without tracking is a woeful practice, for if sanctions solely rest on non-tracked mail that was never sent or lost in the Holiday mail rush, Plaintiff is prejudiced.

4. On December 11, 2024 Plaintiff was shocked to learn he had missed a December 4, 2024 Status Conference in Fort Myers.  Plaintiff realized that the Court had failed to mail notifications for approximately two (2) months.

5. The last mailed item Plaintiff received was a notice from the 11th District Court of Appeals.

6. The Court's reliance on unreliable U.S. Mail followed Plaintiff's 2023 Motion for redundancy in the Court's notification procedure.

7. A benefit of electronic filing via the Court's CM/ECF system is that **it notifies all parties via email of Case Developments and Hearings.**

8. In October of 2023 Plaintiff moved the Court for permission to file electronically via the CM/ECF system.  Since this system also notifies all parties of Case Developments via e-mail, the Court giving Plaintiff access to CM/ECF would have added a backup to its U.S. Mail notifications, in the event that first class mail notifications to Plaintiff fail, as did occur in 2024.

9. In October of 2023, the Court DENIED Plaintiff's motion without reason.

10. After learning from PACER on December 11, 2024 of the December 4, 2024 Status Conference in Fort Myers, Florida, Plaintiff reviewed his email folder, wherein he keeps email communications from the 8 Defendants.

11. Plaintiff was shocked to learn that none of the 8 Defendants had notified him of the December 4, 2024 Hearing, as required by Rule 26(f).

12. Rule 26(f) of the Federal Rules of Civil Procedure requires *"parties to confer at least 21 days before a scheduling conference is to be held."*

13. 21 days prior to the December 4, 2024 Status Conference would have been on or about November 19, 2024.

14. Plaintiff received no Hearing Conference attempts via email, phone or mail from any of the 8 Defendants, **at any time in November or December of 2024** regarding this Rule 26(f) conference obligation.

15. In addition to the Defendants' willful disregard of Rule 26(f) requirements is their disregard of the ORDER dated May 31, 2024 by Magistrate Leslie Hoffman-Price.  Page 2 of this May 31, 2024 ORDER stated:

    *(9) "If a (discovery) hearing is set, the litigants shall file a joint notice two days before the hearing certifying ongoing conferral and stating which issues, if any, had been resolved."*

16. A review of PACER shows that none of the 8 Defendants filed the required joint notice two days before the December 4, 2024 Status Hearing.

17. In other cases, notably 21-CA-2959 and 18-CA-3895, many of these same Defendants have shown a willingness to coordinate hearings with opposing counsel, but only when opposing counsel is a fellow Attorney.

18. Given the status of Plaintiff as being Pro Se in the above-styled Case, Rule 26(f) requirements were not complied with by the 8 Defendants.

### Lack of Rule 26(f) compliance by the 8 Defendants follows the non-punished violations of Canon 2A of the Code of Judicial Conduct

19. On September 26, 2023 the Court lied and promulgated false evidence in stating in an ORDER that Plaintiff had provided a Florida Driver's License that had Plaintiff's Social Security Number on it.

20. This was a violation of Canon 2A of the Judicial Code of Conduct and is serious misconduct and a violation of the impartiality that Plaintiff is accorded in the Constitution's Right to a Fair Trial. Canon 2A states:

*"An appearance of impropriety occurs when reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry, would conclude that the Judge's honesty, integrity, etc. is impaired. A Judge must avoid all impropriety and appearance of impropriety."*

21. Plaintiff is unclear HOW Magistrate Leslie Hoffman-Price could have "seen" a Social Security Number on Plaintiff's Florida Driver's License, when that information wasn't there.

22. Magistrate Hoffman-Price's lie and false evidence on September 26, 2023 undermined and negated the 27 pages of Plaintiff's September 20, 2023 In Forma Pauperis Application.

23. When the Court fails to abide by the Canons of Judicial Conduct, how can the Court expect the 8 Defendants to comply with the obligations of Rule 26(f), or any of the other Local Rules of the Middle District?

24. Ergo, the Court sets the ethical example it expects litigants to abide by.

25. Section 7214 of the Intelligence Reform and Terrorism Prevention Act of 2004 (42 U.S.C. 405(c)(2)(C)(vi)(ii)) explicitly prohibits printing Social Security numbers on Florida Driver's Licenses.

26. How can Plaintiff be assured of a fair trial and impartiality by the Court when a Magistrate Judge chose to lie and fabricate evidence to the detriment of Plaintiff's September 20, 2023 application for indigence affirmation?

27. On June 14, 2024, Plaintiff again moved the Court to recognize his indigence via a new In Forma Pauperis application.

28. As evidence of the *"error"* that led to *"manifest injustice,"* Plaintiff cited Magistrate Hoffman-Price's lie on September 26, 2023 that falsely stated Plaintiff's Florida Driver's License contained a social security number.

29. In his renewed June 14, 2024 In Forma Pauperis application, Plaintiff moved that Magistrate Leslie Hoffman-Price's September 26, 2023 lie was *"new evidence,"* an *"error"* and there existed a need to correct this *"manifest injustice."*

30. In her June 24, 2024 ORDER, Magistrate Hoffman-Price stated that Plaintiff's June 14, 2024 Rule 59 Motion for Reconsideration *"failed to satisfy any of these standards."*

31. Plaintiff is shocked that the Magistrate that promulgated the Lie in her 9/26/23 Order chose to rule on Plaintiff's 6/14/24 Rule 59 Motion for Reconsideration. To avoid the appearance of impropriety described in Canon 2A, Magistrate Hoffman-Price could have recused herself and had a different Judge rule on June 24, 2024, but the Magistrate did not choose this impartial course of action.

32. How can the Magistrate's Lie in her September 26, 2023 ORDER not be an *"error"* and *"manifest injustice"*?

33. Looking at Plaintiff's Florida Driver's License below, how is it possible that

Magistrate Leslie Hoffman-Price could state at the top of Page 2 of her

September 26, 2023 ORDER *"A copy of Plaintiff's Driver's License which*

*provides Plaintiff's social security number"*?



34. Magistrate Hoffman-Price's Lie and false evidence in her September 26,

2023 ORDER are violations of Canon 2A of the Rules of Judicial Conduct.

WHEREFORE, given the failure of the 8 Defendants to abide by Rule 26(f) and confer with Plaintiff regarding the December 4, 2024 Status Hearing, and given the failure of the U.S. District Court's notification system to Plaintiff resting solely on non-tracked U.S. First Class Mail, when the CM/ECF Electronic Filing System offers a simple and redundant email notification system, Plaintiff avers that there should not be any financial sanctions assessed against him for his failure to attend the December 4, 2024 Status Conference in Fort Myers, Florida.

WHEREFORE, given Plaintiff's December 24, 2024 complaint to the Judicial Qualifications Commission and Plaintiff's separate complaint to the Judicial Conference of the United States regarding the Court's lie and the fabrication of false evidence against Plaintiff on September 26, 2023 in violation of Canon 2A, Plaintiff moves for an immediate stay on further proceedings.

WHEREFORE, given the clear and convincing evidence that Florida Driver's Licenses do not feature Social Security Numbers, instead of waiting for the JQC and the Judicial Conference to investigate the Court's willful errors and manifest injustice, the Court has the authority on its own to immediately:

**A)** Reverse Magistrate Hoffman-Price' September 26, 2023 and June 24, 2024 ORDERS as they relate to Plaintiff's Motion for In Forma Pauperis;

**B)** Retroactively Grant Plaintiff's September 20, 2023 Motion for In Forma Pauperis due to this *"error"* and *"manifest injustice"* and

**C)** Reimburse Plaintiff for the $402 he paid in October of 2023 filing fees as a result of Magistrate Hoffman-Price's lie and Canon 2A violations in her September 26, 2023 ORDER.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed by the respective

shipping services cited below on December 24, 2024 by:

John Daniel Smith
Pro Se Indigent Plaintiff
524 W. Winter Park St.
Orlando, FL 32804
407-719-6988 Telephone
floridafamilyfraud@gmail.com

**TO:**

US Middle District Court
Fort Myers Division
2110 First Street
Fort Myers, FL 33901
**UPS Next Day Air: 1ZB7932E1326053144**   (arriving December 26, 2024)

Violations of Canons of Judicial Conduct Complaint to:
Judicial Conference of the United States, c/o
US Middle District Court
Orlando Division
401 W. Central Blvd.
Orlando, FL 32801
**UPS Ground: 1ZB7932E0304684040** (arriving December 27, 2024)

Violations of Canons of Judicial Conduct Complaint to:
Florida Judicial Qualifications Commission
P.O. Box 14106
Tallahassee, FL 32317
**USPS First Class Tracking** (arriving December 27, 2024)

**9 |** P a g e

## <u>DEFENDANTS SERVICE LIST, via email on 12/26/24:</u>

Defendants 1 & 2 (Asher Knipe & Knott-Ebelini-Hart Law Firm)
Henderson, Franklin, Starnes & Holt (Attorneys for 1 & 2)
P.O. Box 280 in Fort Myers, FL 33902
Attorney Michael J. Corso
Michael.corso@henlaw.com

Defendants 3, 4, 5, 6 & 7 (Attorney Kenneth Kemp, Attorney Timothy T.
Brandon Timmy Mace, Attorney Elizabeth Bentley, Attorney Andre Patrone
& Patrone, Kemp, Bentley & Mace Law Firm)
Patrone, Kemp, Bentley & Mace (Attorneys for 3, 4, 5, 6 & 7)
12661 New Brittany Blvd.
Fort Myers, FL 33907
Attorney Brandon Mace
brandon@apatronelaw.com

Defendant 8 (Attorney James Shenko)
Office of Attorney General
Attorney Caitlin Wilcox
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
Caitlin.wilcox@myfloridalegal.com

Defendant 9 (David Lemson)
Attorney L. Reed Bloodworth
Bloodworth Law, PLLC
801 N. Magnolia Ave. Suite 216
Orlando, FL 32803
reed@lawyerfightsforyou.com

Case 2:24-cv-00775-JLB-NPM   Document 123-1   Filed 02/18/25   Page 28 of 39 PageID
Case 6:23-cv-01718-JSS-LHP   Document 79   Filed 09/26/23   Page 1 of 2 PageID 302
1222

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

*Exhibit 2*

JOHN DANIEL SMITH,

        Plaintiff,

v.

ASHER KNIPE, KENNETH KEMP,
TIMOTHY MACE, ELIZABETH
BENTLEY, JAMES SHENKO and
DAVID LEMSON,

        Defendants

Case No: 6:23-cv-1718-WWB-LHP

---

## ORDER AND DIRECTION TO THE CLERK

This cause came on for consideration without oral argument on the following

motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE UNDER SEAL (Doc. No. 6)** |
| **FILED:** | **September 25, 2023** |

**THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT.**

Plaintiff, proceeding *pro se*, has filed a motion to proceed *in forma pauperis*

(Doc. No. 3) which appears to contain the full financial account number for one of

Plaintiff's bank accounts, in addition to a copy of Plaintiff's driver's license, which

Case 2:24-cv-00776-JLB-NPM   Document 122-1   Filed 02/18/25   Page 29 of 39 PageID
1223
Case 6:23-cv-01718-JSS-LHP   Document 28   Filed 09/26/23   Page 2 of 2 PageID 393

*, Not true. Florida DL's do not have social security numbers!*

provides Plaintiff's social security number.   *Id.*, at 9, 12.   Pursuant to Federal Rule

of Civil Procedure 5.2, only the last four digits of a social security number and/or

financial-account number may be included in a filing.   Fed. R. Civ. P. 5.2(a)(1), (4).

*See also* M.D. Fla. Administrative Procedures for Electronic Filing, § (I)(H) (2022).

Accordingly, the motion (Doc. No. 6) is **DENIED AS MOOT**. Plaintiff's

motion to proceed *in forma pauperis* (Doc. No. 3) is **ORDERED STRICKEN** and the

Clerk of Court is **DIRECTED** to remove the motion (Doc. No. 3) from the docket.

Plaintiff may file a renewed motion to proceed *in forma pauperis* that is compliant

with the Federal Rules of Civil Procedure and does not include such personal

identifying information.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

AO 310 (Rev. 03/16)

Judicial Council of the _____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1.     Name of Complainant:     John D. Smith

       Contact Address:

                            524 W. Winter Park Street
                            Orlando, FL  32804

       Daytime telephone:        (  407  ) 719-6988

2.     Name(s) of Judge(s):     Magistrate Leslie Hoffman-Price

       Court:                      US Middle District: Orlando Division

3.     Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

       [✔] Yes        [ ] No

       If "yes," give the following information about each lawsuit:

       Court:                  US Middle District: Orlando Division

       Case Number:        6:23-cv-01718-JSS-LHP Smith v. Knipe et al

       Docket number of any appeal to the        Circuit:

       Are (were) you a party or lawyer in the lawsuit?

       [✔] Party        [ ] Lawyer        [ ] Neither

       If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

       Plaintiff is a Pro Se Party in this Civil Copyright Infringement Lawsuit

AO 310  (Rev. 03/16)

Judicial Council of the _____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4.    **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based.  Include what happened, when and where it happened, and any information that would help an investigator check the facts.  If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5.    **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _____    Date: _____

## STATEMENT OF FACTS

Please provide, in as much detail as possible, the information you believe constitutes judicial misconduct or disability. Include names, dates, places, addresses, and telephone numbers which may assist the Commission. Attach additional pages as necessary.

1. On September 20, 2023 Plaintiff John D. Smith ("Plaintiff Smith") filed a sworn Copyright Infringement Complaint at the U.S. Middle District Court—Orlando Division against 8 Defendants. Case # is 6:23-cv-01718-JSS-LHP Julie S. Sneed, presiding Leslie Hoffman Price was Magistrate.

2. Plaintiff Smith had previously been declared Indigent by the Lee County, Florida Clerk of Court on February 16, 2023 and also by the 6th District Court of Appeals on July 31, 2024.

3. Attached to his September 20, 2023 Copyright Infringement Complaint was an Application for In Forma Pauperis, which is the District Court's phrase for Indigence.

4. Because Plaintiff Smith has a very common name, enclosed with his September 20, 2023 Application for In Forma Pauperis was a color copy of Plaintiff's Florida Driver's License. (attached hereto this JQC Complaint as well).

5. On September 26, 2023 U.S. District Court Magistrate Leslie Hoffman-Price violated Canon 2A of the Code of Judicial Conduct by falsely stating in her ORDER:

"Plaintiffs Drivers License, which provides Plaintiffs Social Security Number."

6. Canon 2A states: "An appearance of impropriety occurs when reasonable minds would conclude that the Judges honesty, integrity, etc. is impaired. A Judge must avoid all impropriety and appearance of impropriety."

7. Section 7214 of the Intelligence Reform and Terrorism Prevention Act of 2004 (42 U.S.C. 405(c)(2)(C)(vi)(ii)) explicitly prohibits printing Social Security numbers on Florida Drivers Licenses. How did this Magistrate see something that didn't exist?

8. On June 14, 2024 Plaintiff Smith filed a Rule 59 Motion for Reconsideration with a renewed application for In Forma Pauperis, citing the "clear error and manifest injustice" that occurred, as a result of the Magistrate's September 26, 2023 Lie.

9. On June 24, 2024 the same Magistrate that had provided this lie and false evidence—Magistrate Leslie Hoffman-Price—ruled that Plaintiff Smiths Rule 59 Motion for Reconsideration "failed to show an error had occurred."

10. Plaintiff Smith avers that his September 20, 2023 Motion for In Forma Pauperis application and his separate June 14, 2024 Rule 59 Motion were prejudiced by the lie and false evidence provided by Magistrate Hoffman-Price in her Order dated September 26, 2023 and her Order dated 6-14-2024. Plaintiff avers her lie about Plaintiff's social security number being on his driver's license is a violation of Canon 2A.

3

**STATE OF FLORIDA
JUDICIAL QUALIFICATIONS
COMMISSION**
Post Office Box 14106
Tallahassee, Florida 32317
Tel: (850) 488-1581
www.floridajqc.com

| FOR JQC USE ONLY |
| --- |
|  |

## COMPLAINT AGAINST A JUDGE

**INSTRUCTIONS**: This form is designed to provide the Commission with the information required to make an initial evaluation of your complaint and to begin any necessary inquiry or investigation into your allegations.

Please print or type your information onto this form. Any materials or documents that you provide to the Commission will become part of the Commission's files, and will not be returned or copied to you. The Commission will contact you if additional information or materials are needed.

After you complete this form, please sign and date the certification page, and mail it, along with any attachments, to Post Office Box 14106, Tallahassee, Florida 32317. Please be aware that the Commission cannot accept complaints by fax, email, or telephone. You will receive an acknowledgement letter when the Commission has received your complaint. The Commission meets approximately every six weeks, and reviews complaints on a first-come-first-served basis. You will be notified in writing of the outcome of your complaint, subject to the limits of confidentiality.

**IMPORTANT**: **The Judicial Qualifications Commission has no authority to review, reverse, or modify a judge's decision or order, and cannot intervene in any way in a court case.** Similarly, the Commission does not have the authority to remove a judge from your case. Commission staff is not permitted to provide you with any legal advice or opinions.

The Commission has jurisdiction over Justices of the Florida Supreme Court, and Judges of the District Courts of Appeal, County Courts, and Circuit Courts. The Commission does not have jurisdiction over special masters, magistrates, hearing officers (including: traffic hearing officers, worker's compensation hearing officers), administrative law judges, or federal judges.

**YOUR CONTACT INFORMATION** (Please print legibly):

Name: John D. Smith                          Phone Number: 407-719-6988

Mailing Address: 524 W. Winter Park Street

City, State, Zip Code: Orlando, FL 32804

**JUDGE'S INFORMATION:**

Judge's Name: Magistrate Leslie Hoffman-Price          County: Orange

Address: 401 W. Central Blvd.

City, State, Zip Code: Orlando, Florida 32804

1

## CASE INFORMATION

If your complaint involves a court case, please provide the following information.

Case Name: **Smith v. Knipe et al**

Case Number (include all letters and numbers): **6:23-cv-01718-JSS-LHP**

County: **Orange**

*If you were represented by an attorney, please provide their contact information.*

Attorney's Name: **Plaintiff is Pro Se**

Address: _____

City, State, Zip Code: _____

Phone: _____

## WITNESS INFORMATION

In this section, provide the names and contact information for any other persons who may have witnessed the improper conduct. (Attach additional sheets if necessary).

1. Name: **Attorney Chris DeCosta**

   Relationship to case: **Former Attorney**

   Phone number: **239-931-7566**

2. Name: **Attorney Scott Siverson**

   Relationship to case: **Former Attorney**

   Phone: **407-394-2285**

## ADDITIONAL DOCUMENTS

Attach copies of any relevant documents which you believe support your claim that the judge has engaged in judicial misconduct or has a disability. Please do not staple or bind documents. **Retain the originals or copies of any documents submitted. All submitted materials become property of the Commission and will not be returned.**

2

## STATEMENT OF FACTS

Please provide, in as much detail as possible, the information you believe constitutes
judicial misconduct or disability. Include names, dates, places, addresses, and telephone
numbers which may assist the Commission. Attach additional pages as necessary.

1. On September 20, 2023 Plaintiff John D. Smith ("Plaintiff Smith") filed a sworn
Copyright Infringement Complaint at the U.S. Middle District Court--Orlando Division
against 8 Defendants. Case # is 6:23-cv-01718-JSS-LHP Julie S. Sneed, presiding
Leslie Hoffman Price was Magistrate.

2. Plaintiff Smith had previously been declared Indigent by the Lee County, Florida Clerk
of Court on February 16, 2023 and also by the 6th District Court of Appeals on July 31,
2024.

3. Attached to his September 20, 2023 Copyright Infringement Complaint was an
Application for In Forma Pauperis, which is the District Court's phrase for Indigence.

4. Because Plaintiff Smith has a very common name, enclosed with his September 20,
2023 Application for In Forma Pauperis was a color copy of Plaintiff's Florida Driver's
License. (attached hereto this JQC Complaint as well).

5. On September 26, 2023 U.S. District Court Magistrate Leslie Hoffman-Price violated
Canon 2A of the Code of Judicial Conduct by falsely stating in her ORDER:

 "Plaintiffs Drivers License, which provides Plaintiffs Social Security Number."

6. Canon 2A states: "An appearance of impropriety occurs when reasonable minds
would conclude that the Judges honesty, integrity, etc. is impaired. A Judge must avoid
all impropriety and appearance of impropriety."

7. Section 7214 of the Intelligence Reform and Terrorism Prevention Act of 2004 (42
U.S.C. 405(c)(2)(C)(vi)(ii)) explicitly prohibits printing Social Security numbers on Florida
Drivers Licenses. How did this Magistrate see something that didn't exist?

8. On June 14, 2024 Plaintiff Smith filed a Rule 59 Motion for Reconsideration with a
renewed application for In Forma Pauperis, citing the "clear error and manifest
injustice" that occurred, as a result of the Magistrate's September 26, 2023 Lie.

9. On June 24, 2024 the same Magistrate that had provided this lie and false
evidence—Magistrate Leslie Hoffman-Price—ruled that Plaintiff Smiths Rule 59 Motion
for Reconsideration "failed to show an error had occurred."

10. Plaintiff Smith avers that his September 20, 2023 Motion for In Forma Pauperis
application and his separate June 14, 2024 Rule 59 Motion were prejudiced by the lie
and false evidence provided by Magistrate Hoffman-Price in her Order dated
September 26, 2023 and her Order dated 6-14-2024. Plaintiff avers her lie about
Plaintiff's social security number being on his driver's license is a violation of Canon 2A.

**IN FILING THIS COMPLAINT, I UNDERSTAND THAT FLORIDA LAW REQUIRES THAT
COMPLAINTS FILED WITH THE COMMISSION MUST REMAIN CONFIDENTIAL, AND
THAT ALL INQUIRIES BEFORE THE COMMISSION ARE CONFIDENTIAL, UNLESS AND
UNTIL PROBABLE CAUSE IS DETERMINED AND FORMAL CHARGES ARE FILED.**

UNDER THE PENALTY OF PERJURY, I declare that I have read and understand this
complaint form, and the above information is true, correct, complete, and submitted of my
own free will.

_12/24/24_                                               
Date                                   Complainant's Signature

*Please note that the Commission only has authority to investigate allegations of judicial
misconduct or permanent disability by persons holding state judicial positions. The
Commission has no jurisdiction over, and does not consider complaints against, Federal
Judges, magistrates, law enforcement, clerks, court personnel, attorneys, etc.*

**The Commission does not act as an appellate court and cannot review, reverse or
modify a decision or ruling made by a judge in the course of a court proceeding.**

Please return the completed complaint form by regular US Mail, and direct all future
communications, to:

                           Florida Judicial Qualifications Commission
                           Post Office Box 14106
                           Tallahassee, Florida 32317

4

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JOHN DANIEL SMITH,

     Plaintiff,

v.                                    2:24-cv-776-JLB-NPM

ASHLEY KNIPE, ET AL,

     Defendants.

---

## SHOW CAUSE ORDER

In this case, an in-person status conference was held in the Fort Myers, Florida Federal Courthouse, Courtroom 5-C, on December 4, 2024, at 1:30 PM. Plaintiff John Smith failed to appear. By December 27, 2024, Smith must show cause why he should not be sanctioned for failing to appear at the status conference. These sanctions may include reimbursement to all defendants' counsel who attended for their time.

           **ORDERED** on December 4, 2024.

                 _____
                   NICHOLAS P. MIZELL
                 United States Magistrate Judge

# ADDENDUM #6:

## Judge Lauren Brodie Docket from Tuesday, August 23, 2016

# Judge Lauren Brodie Docket

**20th Judicial Circuit**
**8/22/2016 - 8/28/2016**
Back to Main
« Previous | 🖶 Print | Next »

## Tuesday, August 23, 2016

**Case Information:**

| # | Time | Min | Case Style | Case Number | Proceeding | Attorney |
|---|------|-----|-----------|-------------|-----------|----------|
| 1 | 8:30 AM | 15 | EHC INC vs PRO WAY PAVING SYSTEMS LLC | 11-CA-2064 | CASE MANAGEMENT CONFERENCE | Solis, Andrew Ignatius / Stayton, Brian Frederick |
| 2 | | 15 | HARRISON & HARRISON vs BATEMAN & MARTIN DEVELOPMENTS | 11-CA-4020 | CASE MANAGEMENT CONFERENCE | Harrison, Guy William / PARRISH, JON DOUGLAS |
| 3 | | 15 | NATIONAL COLLEGIATE STUDENT LOAN vs JENNIFER LONGLEY | 13-CA-2866 | CASE MANAGEMENT CONFERENCE | LUCOFF, JOEL DAVID / PRO SE |
| 4 | | 15 | NAPLES ESTATES LIMITED PARTNERSHIP vs MCHALE | 14-CA-856 | CASE MANAGEMENT CONFERENCE | GABEL, JODY BLOUCH / CHRISTOPHER, DONALD EDWARD |
| 1 | 8:45 AM | 5 | NAPLES ESTATES LIMITED PARTNERSHIP vs MCHALE | 14-CA-856 | Phone Conference | GABEL, JODY BLOUCH / CHRISTOPHER, DONALD EDWARD |
| | 9:00 AM | | **MNJ** | | | |
| 1 | 9:15 AM | 10 | CHICAGO TITLE INSURANCE CO vs NADIA SILBER | 15-CA-558 | CASE MANAGEMENT CONFERENCE | Coupal, Jason Scott / PRO SE |
| 2 | | 10 | 1355 MARLINE DRIVE, LLC vs HARRY P.A. ADAMS-MERCER | 15-CA-1359 | CASE MANAGEMENT CONFERENCE | LAWHON, ANTHONY MICHAEL / BLOUNT, STEVEN VINCENT |
| 3 | | 10 | DONNA M. BRAUN vs WILLIAM BRAUN | 15-CA-1432 | CASE MANAGEMENT CONFERENCE | MIZELL, NICHOLAS / Costello, Truman John |
| 5 | | 10 | SHEILA DEANTONI vs JAN G. MAUE | 15-CA-1948 | CASE MANAGEMENT CONFERENCE | KEMP, KENNETH EDWARD II / CZAJKOWSKI, ASHLEY |
| 1 | 9:45 AM | 5 | BRUCE YEDLIN AND BARBARA GALLAGHER vs KEVIN LAM, D.P.M. | 13-CA-1279 | Phone conference regarding Arbitration; Depo of Def. and Experts | / |

**Print Date:**
February 14, 2025

Web site developed and maintained by the 20th Judicial Circuit of Florida.