UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN DANIEL SMITH,

    Plaintiff,

v.            Case No. 2:24-cv-776-JLB-NPM

ASHER KNIPE, KENNETH KEMP,
TIMOTHY MACE, ELIZABETH
BENTLEY, JAMES SHENKO AND
DAVID LEMSON,

    Defendants.
_____/

**NOTICE OF CONSENT AND JOINDER TO DEFENDANT'S
JOINT RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT
AND RECOMMENDATION FILED BY DEFENDANTS**

COMES NOW, Defendants, KENNETH EDWARD KEMP, TIMOTHY MACE, PATRONE, KEMP, BENTLEY & MACE (n/k/a KEMP & MACE, P.A.), and ELIZABETH BENTLEY, and hereby consent and join in said Defendant's Joint Response to Plaintiff's Objections to Report and Recommendation filed by Defendants, Asher Knipe, James Shenko and David Lemson on March 4, 2025, and to the relief sought therein.

Executed this 17th day of March, 2025.

                                          /s/ T. Brandon Mace
                                          T. BRANDON MACE, Esquire
                                          Attorney for Kenneth Kemp, Timothy
                                          Mace, and Patrone, Kemp, Bentley &
                                          Mace, P.A.

                                          /s/ Robin D. Merriman II
                                          ROBIN D. MERRIMAN II, Esquire
                                          Attorney for Elizabeth Bentley